# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143307(56)

_____

In re Estate of ARNOLD E. MORTIMORE,
Deceased.

_____

RENEE HANNEMAN and DEAN
MORTIMORE,
　　　　　Appellees,

v

HELEN M. FISER,
　　　　　Appellant.

_____

SC: 143307
COA: 297280
Shiawassee CC: 09-034102-DA

On order of the Court, the motion for reconsideration of this Court's May 25, 2012 order is considered, and it DENIED, because it does not appear that the order was entered erroneously.

YOUNG, C.J. and MARKMAN, J., would for reasons stated in the dissent to the order of May 25, 2012, grant reconsideration, vacate the order of May 25, 2012 and reinstate the appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2012

_____
Clerk